# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>(1) RICARDO VALENTINO BERRY II<br>*Defendant* | Case Number: WA:20-M -00707(1) |

## JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant, (1) RICARDO VALENTINO BERRY II, appeared with counsel, Gregory Keith Simmons.

The defendant pled guilty to Count 1 of the Information on 01/08/2021. Accordingly, the defendant is adjudged guilty of such Count, involving the following offense:

| Title & Section | Nature of Offense | Date of Offense | Count Number(s) |
|---|---|---|---|
| 18 USC 7(3), 13 AND TTC 545.401 | RECKLESS DRIVING | 01/07/2020 | 1 |

As pronounced on 01/08/2021, the defendant is sentenced as provided below. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall pay to the United States a special assessment of $5.00 and a fine of $150.00. Said special assessment and fine shall be made to the Clerk, U.S. District Court, 800 Franklin Avenue, Room 380, Waco, Texas 76701. Fine payments shall be made in 3 equal installments of $50.00 each. Payments are to begin immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the 14th day of January, 2021

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE